IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**DIANNE MOSLEY,**

    **Petitioner,**

vs.	5:04-CV-329-SPM

**JOSE BARRON, JR.,
BUREAU OF PRISONS,**

    **Respondents.**

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
AND DISMISSING CASE**

    **THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 11) filed June 7, 2005. The parties have been furnished a copy and have been afforded an opportunity to file objections. No objections were filed.

    Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

    Accordingly, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    The magistrate judge's report and recommendation (doc. 11) is adopted and incorporated by reference in this order.

2.   The petition for writ of habeas corpus is *denied*.

3.   This case is *dismissed* without prejudice for failure to exhaust administrative remedies.

**DONE AND ORDERED** this <u>eighth</u> day of July, 2005.

<u>  *s/ Stephan P. Mickle*  </u>
Stephan P. Mickle
United States District Judge

/pao